

**Entered on Docket
November 24, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Richard McKnight, Esq.
Nevada Bar No. 1313
LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
*Attorney for Debtors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Re:<br><br>KEVIN BUCKLEY<br>SILVIA BUCKLEY,<br><br>Debtors. | Case No.: BK-S-09-31009-BAM<br>Chapter: 11<br><br>Hearing Date: November 16, 2010<br>Hearing Time: 9:00 A.M. |

### ORDER GRANTING DEBTOR'S MOTION TO CLOSE CASE

Debtors, Kevin Buckley and Silvia Buckley's motion to close case having come before the court, and there being no opposition, and the court having reviewed the pertinent pleadings and papers and the Debtors plan having been approved by this Court by Order dated September 1, 2010, and for good cause appearing;

**IT IS HEREBY ORDERED** that the motion is granted and this case is hereby closed effective December 31, 2010.

**IT IS FURTHER ORDERED** that Debtor shall pay directly to U.S. Trustee all quarterly fees through the 4th quarter of 2010.

**IT IS FURTHER ORDERED** that Debtor shall file a final monthly operating report for the month of December 2010.

W:\2009\2856BUCK.CH11\Ord Granting Mtn to Close Case gk Nov 16,10.wpd        November 17, 2010 (11:20am)

**IT IS FURTHER ORDERED** that at the conclusion of all scheduled payments the Debtors shall be granted a discharge without the necessity of reopening the case.

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party and whether the party has approved, disapproved, or failed to respond to the document):

__X__ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

_____ I certify that I served a copy of this order with the motion, and no parties appeared or filed written objections.

U.S. Trustee -

Submitted by:

LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By: /s/ Richard McKnight
Richard McKnight, Esq.
Nevada State Bar No. 1313
330 S. Third Street #900
Las Vegas, Nevada 89101

APPROVED / DISAPPROVED

By: _____
U. S. Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, Nevada 89101

# # #

Page 2 of 2

W:\2009\2856BUCK.CH11\Ord Granting Mtn to Close Case gk Nov 16,10.wpd        November 17, 2010 (11:20am)